UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY P. DeMARTINI and MARGIE DeMARTINI,,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL J. DeMARTINI and RENATE DeMARTINI,<br><br>Defendants. | No. 2:24-cv-00415 TLN AC<br><br>ORDER |

The court is in receipt of plaintiffs' ex parte request to participate in electronic filing pursuant to Local Rule 133(b)(3). ECF No. 4. The court has reviewed the filing and, upon finding good cause, GRANTS plaintiffs' request. The Clerk of Court is hereby ordered to make the necessary arrangements to allow plaintiffs to participate in electronic filing for this case.

IT IS SO ORDERED.

DATED: March 7, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE