UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY P. DeMARTINI, et al., | No. 2:24-cv-00415-DJC-CKD (PS) |
| Plaintiffs and Counter Defendants, | |
| v. | ORDER |
| MICHAEL J. DeMARTINI, et al., | |
| Defendants and Counter Claimants. | |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On May 1, 2024, the Magistrate Judge filed findings and recommendations herein which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 31.) Defendants have filed objections to the findings and recommendations. (ECF No. 32.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

////

////

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed May 1, 2024 (ECF No. 31), are ADOPTED in full.
2. This action is REMANDED to the Nevada County Superior Court pursuant to 28 U.S.C. § 1447(c) for lack of subject matter jurisdiction.
3. The Clerk of Court is directed to serve a certified copy of the order remanding the case on the Clerk of the Nevada County Superior Court, and to reference the state case number CU0001196 in the proof of service.
4. The Clerk of Court is further directed to close this case.

IT IS SO ORDERED.

Dated: **August 1, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

demartini24cv0415.jo